# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| ENTRUST DATACARD CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> ZEISER GMBH, formerly known as Atlantic Zeiser GmbH,  ZEISER, INC., formerly known as Atlantic Zeiser, Inc., and INNOVATIME INDUSTRIE SARL <br><br> Defendants. | Case No. 3:17-CV-110-J-39MCR |

## DEFENDANTS' PROPOSED *VOIR DIRE* QUESTIONS

Defendants submit the following proposed *voir dire* questions pursuant to the Court's September 19, 2019 Order.  Dkt. 343 at 2.

1. If you are selected to sit on this case, will you be able to render a verdict solely on the evidence presented at the trial and in the context of the law as given to you in my instructions in reaching your verdict and disregard any other ideas, notions, or beliefs about the law that you may have?

2. Have any of you ever heard of a company called Entrust Datacard Corporation?  If so, what have you heard about this company?

3. Do any of you know anyone that is, or has been, employed by Entrust Datacard Corporation?

4. Have any of you ever heard of a company called Atlantic Zeiser GmbH, Atlantic Zeiser, Inc., Zeiser GmbH, or Zeiser Inc.?  If so, what have you heard about these companies?

5. Do any of you know anyone that is, or has been, employed by Atlantic Zeiser GmbH, Atlantic Zeiser, Inc., Zeiser GmbH, or Zeiser Inc.?

6. Have any of you ever heard of a company called Innovatime Industrie SARL? If so, what have you heard about this company?

7. Do any of you know anyone that is, or has been, employed by Innovatime Industrie SARL?

8. Have any of you ever heard of a company called Gemalto? If so, what have you heard about this company?

9. Do any of you know anyone that is, or has been, employed by Gemalto?

10. Have any of you ever heard of a company called Source One? If so, what have you heard about this company?

11. Do any of you know anyone that is, or has been, employed by Source One?

12. Have any of you ever heard of companies Senniger Powers LLP, Stinson LLP, Jimerson Birr, or Glober Law Firm? If so, what have you heard about these companies?

13. Do any of you know anyone that is, or has been, employed by companies called Senniger Powers LLP, Stinson LLP, Jimerson Birr, or Glober Law Firm?

14. Have any of you ever heard of companies called Briggs & Morgan P.A., Taft Stettinius & Hollister, LLP, or Allen, Dyer, Doppelt + Gilchrist, PA? If so, what have you heard about these companies?

15. Do any of you know anyone that is, or has been, employed by companies called Briggs & Morgan P.A., Taft Stettinius & Hollister, LLP, or Allen, Dyer, Doppelt + Gilchrist, PA?

16. Have you, a relative or close friend had any experience with patents, patent law, patented technology, trademarks, copyrights, or the United States Patent and Trademark Office?

17. Have you or a close family member ever applied for a patent, copyright, or trademark with the United States Patent and Trademark Office? If so, please explain what it was for, whether or not it was granted, and when you filed the application.

18. Do you or does your employer rely on patented technology as part of its business?

19. Do any of you have a credit card or debit card from Costco?

20. Do any of you have a credit card or debit card that includes a chip with copper contact pads?

21. Do you have any beliefs or feelings concerning patents, and the efforts to enforce patents that might make you favor or disfavor the enforcement of patents?

22. Do you have any feelings or opinions about either the United States patent system or intellectual property laws?

23. This case involves corporations. Do you have any feelings or opinions for or against corporations?

24. Do you have any feelings or opinions for or against foreign corporations that operate in the United States?

25. Do you have any feelings or opinions for or against corporations or citizens from France?

26. Do you have any feelings or opinions for or against corporations or citizens

from Germany?

27. Have you or any close family member ever been accused of or accused anyone else of taking an idea that belonged to someone else?

28. Have you or any close family member had any legal education or training?

29. Have you or any close family member had any engineering or other technical education or training? If so, please explain that education and training.

30. Have you or any close family member ever sued or been sued?

31. Have you ever given testimony in a civil lawsuit or have you ever testified in a deposition, courtroom, or hearing?

32. Jurors have to listen to the testimony of the various witnesses and decide how much or how little weight to give the testimony. Are you willing and able to do that?

33. This is a patent case. You will be asked to determine if the patents at issue are valid or invalid. If the evidence supports it, are you willing and able to find that the patents at issue are invalid?

34. You will also be asked to determine if the patents at issue are infringed or not infringed. If the evidence does not support it, are you willing and able to find that the patents at issue are not infringed?

Dated: November 1, 2019

Respectfully submitted,

By: */s/ Michael J. Hartley*
　　Robert M. Evans, Jr. (*pro hac vice*)
　　Michael J. Hartley (*pro hac vice*)
　　Kyle G. Gottuso (*pro hac vice*)
　　STINSON LLP
　　7700 Forsyth Boulevard, Suite 1100
　　Saint Louis, Missouri 63105

Tel:  (314) 863-0800
Fax:  (314) 345-7600
Email: robert.evans@stinson.com
       michael.hartley@stinson.com
       kyle.gottuso@stinson.com

-and-

Brandon C. Meadows
Florida Bar No. 114246
C. Ryan Maloney
Florida Bar No. 652903
JoAnne Eichelberger
Florida Bar No. 849677
**JIMERSON BIRR**
One Independent Drive, Suite 1400
Jacksonville, FL 32202
(Tel): (904) 389-0050
(Fax): (904) 212-1269
Email: bmeadows@jimersonfirm.com
       rmaloney@jimersonfirm.com
       jeichelberger@jimersonfirm.com

James Glober
Florida Bar No. 612359
GLOBER LAW FIRM
2119 Riverside Avenue
Jacksonville, Florida 32204
Tel: (904) 633-9999
Fax: (904) 388-0968
Email: jglober@globerlaw.com

*Attorneys for Defendants Zeiser GmbH; Zeiser, Inc.; and Innovatime Industrie SARL*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

<em>/s/ Michael J. Hartley</em>