**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| ENTRUST DATACARD CORPORATION, ) ) ) ) Plaintiff, ) ) v. ) ) ZEISER, GMBH, formerly known as ) Atlantic Zeiser GmbH, ZEISER INC., ) formerly known as Atlantic Zeiser, Inc., ) and INNOVATIME INDUSTRIE SARL, ) ) Defendants. ) ) | Case No. 3:17-cv-00110-BJD-MCR |

## JOINT MOTION TO ENTER AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff Entrust Datacard Corporation ("Entrust") and Defendants Zeiser, Gmbh, Zeiser, Inc., and Innovatime Industrie SARL (collectively, "Defendants") hereby jointly move this Court for an Order (a) entering that certain Agreed Order of Dismissal Without Prejudice, attached hereto as Exhibit "A" ("the Agreed Order"); and (b) granting such other and further relief which as to this Court seems just and proper.

On November 4, 2019, the Parties entered into a confidential written settlement agreement ("the Settlement Agreement"). As part of the Settlement Agreement, the Parties contemplated and included a provision that the Court would retain jurisdiction to enforce the terms of the Settlement Agreement. The Parties request that if the Court wishes to review the

1

terms of the confidential Settlement Agreement, that the Parties be allowed to file said confidential Settlement Agreement under seal with the Court.

Consequently, the Parties jointly request that the Action be dismissed without prejudice, without costs as against any party, and further request that the Court retain jurisdiction over the Action in order to enforce the terms of the Settlement Agreement entered into by and among the Parties.

WHEREFORE, the Parties jointly and respectfully request that this Court enter the attached Agreed Order.

Dated: November 4, 2019

By: ___/s/ Michael J. Hartley___
Robert M. Evans, Jr. (pro hac vice)
Michael J. Hartley (pro hac vice)
Kyle G. Gottuso (pro hac vice)

**STINSON LLP**
7700 Forsyth Boulevard, Suite 1100
Saint Louis, Missouri 63105
Tel: (314) 345-7000
Fax: (314) 345-7600
Email: revans@stinson.com
mhartley@ stinson.com
kgottuso@ stinson.com

-and-

Brandon C. Meadows, FL Bar #114246
C. Ryan Maloney, FL Bar #652903
JoAnne Eichelberger, FL Bar #849677
**JIMERSON BIRR**
One Independent Drive, Suite 1400
Jacksonville, FL 32202

By ___/s/ John B. Lunseth___
John B. Lunseth (Minn. #65341)
Karen D. McDaniel (Minn. #494554)
Mira Vats-Fournier (Minn. #0399692)
Aaron M. Johnson (Minn. #034641X)

**BRIGGS AND MORGAN, P.A.**
80 South Eighth Street, Ste. 2200
Minneapolis, MN 55402-2157
612-977-8400
612-977-8659 (facsimile)
Email: jlunseth@briggs.com
kmcdaniel@briggs.com
mvat-fournier@briggs.com
ajohnson@briggs.com

-and-

Brian R. Gilchrist (Fla. Bar No. 774065)
**Allen, Dyer, Doppelt & Gilchrist, PA**
255 S Orange Ave - Ste 1401
PO Box 3791

(Tel): (904) 389-0050
(Fax): (904) 212-1269
Email:bmeadows@jimersonfirm.com
rmaloney@jimersonfirm.com
jeichelberger@jimersonfirm.com

James Glober, Esq.
**GLOBER LAW FIRM**
2119 Riverside Avenue
Jacksonville, Florida 32204
Tel: (904) 633-9999
Fax: (904) 388-0968
Email: jglober@globerlaw.com

**Attorneys for Defendants**
**Zeiser GmbH, Zeiser, Inc., and**
**Innovatime Industrie SARL**

Orlando, FL 32801
407-841-2330
Fax: 407-841-2343
Email: bgilchrist@allendyer.com

**Attorneys for Plaintiff**
**Entrust Datacard Corporation**

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2019, I electronically filed the foregoing document using the Case Management/Electronic Case Filing ("CM/ECF") system which will send a Notice of Electronic Filing to the following CM/ECF participants:

Robert M. Evans, Jr.
revans@stinson.com
Michael J. Hartley
mhartley@ stinson.com
Kyle G. Gottuso
kgottuso@ stinson.com
**STINSON LLP**
7700 Forsyth Boulevard, Suite 1100
Saint Louis, Missouri 63105
Tel:  (314) 345-7000
Fax:  (314) 345-7600

Brandon C. Meadows
Florida Bar No. 114246
C. Ryan Maloney
Florida Bar No. 0652903

JoAnne Eichelberger
Florida Bar No. 849677
**JIMERSON BIRR**
One Independent Drive, Suite 1400
Jacksonville, FL 32202
(Tel): (904) 389-0050
(Fax): (904) 212-1269
Email:bmeadows@jimersonfirm.com
rmaloney@jimersonfirm.com
jeichelberger@jimersonfirm.com

James Glober
jglober@globerlaw.com
**GLOBER LAW FIRM**
2119 Riverside Avenue
Jacksonville, Florida 32204
Tel: (904) 633-9999

                                         */s/  John B. Lunseth*