**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

|  |  |
|---|---|
| ENTRUST DATACARD CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>ZEISER, GMBH, formerly known as Atlantic Zeiser GmbH, ZEISER INC., formerly known as Atlantic Zeiser, Inc., and INNOVATIME INDUSTRIE SARL,<br><br>    Defendants. | Case No. 3:17-cv-00110-BJD-MCR |

### AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Entrust Datacard Corporation ("Entrust") and Defendants Zeiser, Gmbh, Zeiser, Inc., and Innovatime Industrie SARL ("Defendants") (hereinafter collectively, the "Parties" and each individually a "Party") having entered into a certain settlement agreement dated November 4, 2019 ("Settlement Agreement"), it is hereby **ORDERED AND ADJUDGED THAT:**

1. The above-captioned action is hereby dismissed without prejudice and without costs as against any Party.

2. That all attorneys' fees and costs shall be borne by each party incurring the same.

3. The Court shall retain jurisdiction over this action in order to enforce the terms of the Settlement Agreement.

DATED: November ___, 2019

_____
HON. BRIAN J. DAVIS
UNITED STATES DISTRICT COURT JUDGE